Attorney:
CATALINA SOJO, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


564368

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index / case #: 1:22-CV-00947

**AFFIDAVIT OF SERVICE**

LUIS FERNANDO LORENZO, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED
          Plaintiff

12 CHAIRS BYN, LLC D/B/A 12 CHAIRS CAFE, ET AL.
          Defendant

__Kings__ County, State of: __New York__ __Elijah White__ _____ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: __NY__

On __2/24/22__ at __5:57__ am/__pm__ at: 342 WYTHE AVENUE BROOKLYN NY 11211

Deponent served the within: SUMMONS, RIDER TO REQUEST FOR SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: RONEN GRADY C/O 12 CHAIRS CAFE
(herein after called the recipient) therein named.

[ ] Individual — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] Suitable Age person — By delivering thereat a true copy of each to: __Nadav Eshet__ MANAGING AGENT
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [X] Actual Place of Business within the State.

[ ] Affixing to Door — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] Corporation or Partnership — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] Mailing — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business at __342 Wythe Avenue Brooklyn NY 11211__
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] Description —
[X] Male   [X] White skin   [ ] Black hair   [ ] 14-20 Yrs   [ ] Under 5'   [ ] Under 100 Lbs
[ ] Female   [ ] Black skin   [X] Brown hair   [ ] 21-35 Yrs   [ ] 5'0"-5'3"   [ ] 100-130 Lbs
         [ ] Yellow skin   [ ] Gray hair   [X] 36-50 Yrs   [X] 5'4"-5'8"   [ ] 131-160 Lbs
         [ ] Brown skin   [ ] Blonde hair   [ ] 51-65 Yrs   [ ] 5'9"-6'0"   [X] 161-200 Lbs
         [ ] Red skin   [ ] Red hair   [ ] Over 65 Yrs   [ ] Over 6'   [ ] Over 200 Lbs
Other Identifying Features _____

[X] Military Service — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on __3/2/2022__

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/26

File No.: 1:22-CV-00947

_Elijah White_
(Print name below signature)

Elijah White 2093436

Work Order No.  564368
SLS Process Serving Co. LLC -2094823
90 State St, Albany NY 12207