# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

clela@csm-legal

August 29, 2022

**BY ECF**
Honorable Taryn Merkl
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Lorenzo et al v. 12 Charis BYN et al., 22-cv-947

Your Honor:

This office represents Plaintiffs in the above referenced matter. Plaintiffs write jointly with Defendants in accordance with the Court's Order of July 28, 2022 in order to provide a status update.

Settlement and mediation efforts to date have not been productive. The Parties plan to proceed through the remainder of discovery.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Clela Errington
CSM Legal, P.C.
Attorneys for the Plaintiff

Cc: all counsel via ECF